IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAM HARGROVE, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 11-7744 |
| COMMONWEALTH OF PENNSYLVANIA, et al., | : | |
| | : | |
| Defendants. | : | |

# ORDER

**AND NOW**, this ___ day of May, 2012, upon consideration of Defendant, the Commonwealth of Pennsylvania's Motion to Dismiss Plaintiff's Complaint, and for the reasons set forth in the attached Memorandum Opinion, **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion to Dismiss is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** as to the Commonwealth of Pennsylvania.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Petrese B. Tucker, U.S.D.J.**